United States District Court
Southern District of Texas
FILED

APR 1 8 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2006

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. L-06-CR-305 |
| Adeli Medina Carranza | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 5, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2006.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE